IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Robert Lance,

               Plaintiff,

vs.

Commissioner of Social Security Administration,

               Defendant.

No.  CV-25-02834-PHX-SPL

**ORDER**

Plaintiff filed a Complaint (Doc. 1), challenging the denial of his application for Title II disability insurance benefits. The Honorable Deborah M. Fine, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 19), recommending that the Court affirm the Administrative Law Judge's. Judge Fine advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to do so could be considered a waiver of the right to review (Doc. 19 at 12–13) (citing 28 U.S.C. § 636(b); Fed. R. Civ. P. 6, 72; *U.S. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties have not filed objections and the time to do so has expired, relieving the Court of its obligation to review the R&R. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149–50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and

recommendation unless objections are filed."); *see also Reyna-Tapia*, 328 F.3d at 1121 ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will thus adopt the R&R.

**IT IS THEREFORE ORDERED** that Magistrate Judge Deborah M. Fine's Report and Recommendation (Doc. 19) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of the Social Security Administration is **affirmed**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment accordingly and terminate this case.

Dated this 14th day of April, 2026.

Honorable Steven P. Logan
United States District Judge

2